**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Case No. 25-cr-761-ZNQ

UNITED STATES OF AMERICA,

v.

DENNIS STOUT,

Defendant.
______________________________________/

## NOTICE OF SUBMISSION OF SENTENCING MATERIALS BY THE DEFENSE

Please be advised that on November 13, 2026, sentencing materials were submitted on behalf of the defendant in the above-captioned matter.

Dated: November 18, 2026

/s/ Laura C. Sayler
Laura C. Sayler
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
1002 Broad Street
Newark, NJ 07102
Tel. 609-900-5303
laura_sayler@fd.org